UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HEALTH & HUMAN SERVICES, ET AL.,<br><br>    Defendants. | Case No. 4:20-cv-08806-YGR<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT-MATTER JURISDICTION<br><br>Re: Dkt. No. 64 |

TO PLAINTIFFS AMERICAN HOSPITAL ASSOCIATION, 340B HEALTH, AMERICA'S ESSENTIAL HOSPITALS, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, THE CHILDREN'S HOSPITAL ASSOCIATION, AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, AVERA ST. MARY'S HOSPITAL, RIVERSIDE REGIONAL MEDICAL CENTER, ST. MARY'S MEDICAL CENTER AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing why this case should not be dismissed for lack of subject-matter jurisdiction. (*See* Dkt. No. 64.) A response to this Order to Show Cause and the pending motion to dismiss (Dkt. No. 64) shall be filed **on or before Monday, January 25, 2021**. Defendants Department of Health and Human Services and Secretary Alex M. Azar II may file a reply **on or before Monday February 1, 2021**. The Court SETS oral argument on this Order to Show Cause and defendants' motion to dismiss for **Tuesday, February 9, 2021** at **2:00 PM PST** via the Zoom platform. All other briefing schedules and dates remain in place.

IT IS SO ORDERED.

Dated: January 13, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE